UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-35-1H
NO. 5:12-CR-35-2H
NO. 5:12-CR-35-3H

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| | : | |
| v. | : | ORDER TO REASSIGN |
| | : | |
| EARNEST HOLLAND | : | |
| MARTIN CLARK | : | |
| JIMMY CAMERON | : | |

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to the United States District Judge Terrence W. Boyle.

SO ORDERED.

This the **24** day of May, 2012

MALCOLM J. HOWARD
Senior United States District Court Judge